IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. |
| | ) |
| ROBERT L. GREEN and | ) |
| SUSAN C. GREEN | ) |
| 3115 Foxhall Road, N.W. | ) |
| Washington, D.C. 20016, | ) |
| | ) |
| Defendants. | ) |

**COMPLAINT FOR FEDERAL TAXES AND TO FORECLOSE TAX LIEN**

The plaintiff, the United States of America, at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, and at the direction of the Attorney General of the United States, brings this action to collect the federal income taxes assessed jointly against Robert L. Green and Susan C. Green for the years 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2010, and 2011, and to enforce the federal tax liens associated with those liabilities against the real property described more fully below. In support of this action, the United States alleges as follows:

JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1340, 1345, and 26 U.S.C. §§ 7402(a) and 7403.

2. Venue is proper in this Court by virtue of 28 U.S.C. §§ 1391 and 1396.

PARTIES

3. The plaintiff is the United States of America.

4. Defendants, Robert L. Green and Susan C. Green, are married to each other and reside at 3115 Foxhall Road, Washington, D.C., within the jurisdiction of the Court.

5. The property to be foreclosed upon is located at 3115 Foxhall Road in the District of Columbia, within the jurisdiction of the Court. The property is more particularly described as:

> Lots Numbered Eight (8), Nine (9), and Ten (10) in Block Numbered Eighteen (18), "Wesley Height," As Per Plat Recorded In The Office Of The Surveyor For The District Of Columbia In Liber County 7 At Folio 117; Said Now Being Taxed As Lots 812 And 813 In Square 1608.

COUNT I - COLLECT FEDERAL INCOME TAX LIABILITIES

6. Based on the joint federal income tax returns filed by the defendants, a delegate of the Secretary of the Treasury of the United States made assessments jointly against Robert L. Green and Susan C. Green for unpaid federal income taxes (Form 1040), and statutory additions to tax, for the years 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2010, and 2011, as follows:

| Tax Period Income Tax (Form 1040) | Assessment Date | Unpaid Balance of Assessment | Accrued Interest and Penalty to 12/16/2013 | Total Due as of 12/16/2013 |
|---|---|---|---|---|
| 2002 | 2/9/2004 | $ 0.00 | $ 979.06 | $ 979.06 |
| 2003 | 2/9/2004 | $ 524,860.19 | $ 1,511.98 | $ 526,372.17 |
| 2004 | 4/7/2008 | $ 291,339.50 | $ 839.27 | $ 292,178.77 |
| 2005 | 11/26/2007 | $ 295,897.50 | $ 852.41 | $ 296,749.91 |
| 2006 | 12/3/2007 | $ 345,946.24 | $ 996.58 | $ 346,942.82 |
| 2007 | 8/31/2009 | $ 233,825.21 | $ 673.58 | $ 234,498.79 |
| 2008 | 2/15/2010 | $ 322,516.48 | $ 929.08 | $ 323,445.56 |
| 2010 | 12/5/2011 | $ 193,776.24 | $ 558.22 | $ 194,334.46 |
| 2011 | 8/26/2013 | $ 173,233.72 | $ 1,601.45 Interest | |
| | | | $ 4,389.14 Penalty | $ 179,224.31 |
| TOTAL | | | | $ 2,394,725.85 |

7.     Despite notice and demand for payment, Robert L. Green and Susan C. Green have failed, neglected, or refused to pay the outstanding assessments, described above. As a result, there remains due and owing from Robert L. Green and Susan C. Green, as of December 16, 2013, the amount of $ 2,394,725.85, plus statutory additions to tax accruing thereon according to law.

WHEREFORE, the plaintiff, the United States of America, prays as follows:

A.     That the Court order and adjudge that Robert L. Green and Susan C. Green are jointly indebted to the United States, as of December 16, 2013, in the amount of $ 2,394,725.85, plus statutory additions to tax accruing thereon according to law, and continuing until paid;

B.     That the Court award to the United States its costs of prosecuting this action; and

C.     That the Court award such other and further relief as may be deemed just and proper under the circumstances.

COUNT II - FORECLOSE TAX LIENS OF THE UNITED STATES

8.     The United States incorporates and realleges paragraphs 1 to 7, above, as if fully set forth.

9.     By reason of the tax assessments described in paragraph 6, above, and pursuant to 26 U.S.C. §§ 6321 and 6322, federal tax liens arose on the date of the assessments, and attached to all property and rights to property, then owned or thereafter acquired by Robert L. Green and Susan C. Green.

10.    On November 22, 2005, the United States filed a notice of federal tax lien with the Office of Recorder of Deeds for Washington, D.C., against Robert L. Green and Susan C. Green, for unpaid joint federal income tax, and statutory additions to tax for the years 1998, 1999, 2000, 2001, 2002, and 2003.

11.    On May 22, 2008, the United States filed a notice of federal tax lien with the Office of Recorder of Deeds for Washington, D.C., against Robert L. Green and Susan C. Green, for unpaid joint federal income tax, and statutory additions to tax for the years 2005 and 2006.

12. On March 12, 2009, the United States filed a notice of federal tax lien with the Office of Recorder of Deeds for Washington, D.C., against Robert L. Green and Susan C. Green, for unpaid joint federal income tax, and statutory additions to tax for the year 2004.

13. On October 29, 2009, the United States filed a notice of federal tax lien with the Office of Recorder of Deeds for Washington, D.C., against Robert L. Green and Susan C. Green, for unpaid joint federal income tax, and statutory additions to tax for the year 2007.

14. On June 2, 2010, the United States filed a notice of federal tax lien with the Office of Recorder of Deeds for Washington, D.C., against Robert L. Green and Susan C. Green, for unpaid joint federal income tax, and statutory additions to tax for the year 2008.

15. On October 25, 2011, the United States filed a notice of federal tax lien with the Office of Recorder of Deeds for Washington, D.C., against Robert L. Green and Susan C. Green, for unpaid joint federal income tax, and statutory additions to tax for the year 2003.

16. On January 25, 2012, the United States filed a notice of federal tax lien with the Office of Recorder of Deeds for Washington, D.C., against Robert L. Green and Susan C. Green, for unpaid joint federal income tax, and statutory additions to tax for the year 2010.

17. On November 27, 2013, the United States filed a notice of federal tax lien with the Office of Recorder of Deeds for Washington, D.C., against Robert L. Green and Susan C. Green, for unpaid joint federal income tax, and statutory additions to tax for the year 2011.

18. Because the federal tax liens attach to the real property, they should be foreclosed and the real property should be sold with the net proceeds of the sale (after the costs of the sale), to be paid over to the United States to be applied to the unpaid joint federal income tax liabilities of Robert L. Green and Susan C. Green, as set forth in paragraph 6, above.

WHEREFORE, the plaintiff, the United States of America, prays as follows:

A.	That the Court order and adjudge that the United States of America has valid and subsisting federal tax liens on all property and rights to property of Robert L. Green and Susan C. Green, including their interest in the subject real property describe din paragraph 5, above;

B.	That the Court order and adjudge that the federal tax liens attaching to the subject real property be foreclosed and that the real property be sold, according to law, free and clear of any right, title, lien, claim, or interest of any of the defendants herein, and that the proceeds of the sale be applied against the joint federal income tax liabilities of Robert L. Green and Susan C. Green;

C.	That the Court award to the United States its costs of prosecuting this action; and

D.	That the Court award such other and further relief as may be deemed just and proper under the circumstances.

DATED:	February 5, 2014.

/s/ Michael J. Martineau
_____
MICHAEL J. MARTINEAU
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044
Telephone:  (202) 307-6483
Telecopier: (202) 514-6866
Email: michael.j.martineau@usdoj.gov

OF COUNSEL:

RONALD C. MACHEN
United States Attorney